IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

DEANDRA M. LEE,                :

    Plaintiff,             :

vs.                            :    CIVIL ACTION 14-0170-WS-C

MICHAEL JACKSON,               :

    Defendant.             :

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be and is hereby **DISMISSED** without prejudice as a malicious filing and for failing to state a viable cause of action.

**DONE** this 10th day of October, 2014.

                                                  **s/WILLIAM H. STEELE**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**